1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
   Attorneys for Plaintiffs,
6  UMG RECORDINGS, INC.; VIRGIN
   RECORDS AMERICA, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; LAFACE
8  RECORDS LLC; and BMG MUSIC

9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12

13 | UMG RECORDINGS, INC., a Delaware            CASE NO. 07 6030
   | corporation; VIRGIN RECORDS AMERICA,
14 | INC., a California corporation; SONY BMG
   | MUSIC ENTERTAINMENT, a Delaware          CERTIFICATION OF INTERESTED MHP
15 | general partnership; LAFACE RECORDS LLC, ENTITIES OR PERSONS
16 | a Delaware limited liability company; and BMG
   | MUSIC, a New York general partnership,
17 |                Plaintiffs,
18 |
   |     v.
19 |
20 | JOHN DOE,
   |                Defendant.
21

---

Certification of Interested Entities or Persons
Case No.
#33977 v1

1       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:
6       The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
7  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
8  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
9  publicly traded. Vivendi S.A. is publicly traded in France.
10      The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS
11 AMERICA, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music
12 Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings
13 BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.;
14 and EMI Group Limited.
15      The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
16 ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
17 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
18 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
19 Corporation is publicly traded in the U.S.
20      The following companies are parents of, or partners in Plaintiff LAFACE RECORDS LLC:
21 SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Arista
22 Holding, Inc.; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Zomba
23 US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is
24 publicly traded. Sony Corporation is publicly traded in the U.S.
25 ///
26 ///
27 ///
28 ///

1

Certification of Interested Entities or Persons
Case No.
#33977 v1

The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

Dated: November 29, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; and BMG MUSIC