1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
5  Email: matt.jaksa@hro.com

   Attorneys for Plaintiffs,
6  UMG RECORDINGS, INC.; VIRGIN
7  RECORDS AMERICA, INC.; SONY BMG
   MUSIC ENTERTAINMENT; LAFACE
8  RECORDS LLC; and BMG MUSIC

9

10                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
11

12

13 UMG RECORDINGS, INC., a Delaware      CASE NO.
   corporation; VIRGIN RECORDS AMERICA,
14 INC., a California corporation; SONY BMG
   MUSIC ENTERTAINMENT, a Delaware      [PROPOSED] ORDER GRANTING *EX*
15 general partnership; LAFACE RECORDS LLC,    *PARTE* APPLICATION FOR LEAVE TO
16 a Delaware limited liability company; and BMG   TAKE IMMEDIATE DISCOVERY
   MUSIC, a New York general partnership,
17                      Plaintiffs,

18      v.

19

20 JOHN DOE,
               Defendant.
21

22

23

24

25

26

27

28

Proposed Order
Case No.
#33981 v1

RECEIVED
NOV 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3   ORDERED that Plaintiffs may serve immediate discovery on University of California,
4   Berkeley to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks
5   documents that identify Defendant John Doe , including the name, current (and permanent) address
6   and telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7   disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9   the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10  under the Copyright Act.

13  Dated: _____    By: _____
                                          United States District Judge