Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:    matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE,<br>　　　　　　Defendant. | CASE NO. 3:07-CV-06030-MHP<br><br>**Honorable Marilyn H. Patel**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1 | Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs UMG RECORDINGS, INC., et al., by
2 | and through their attorneys, voluntarily dismiss without prejudice their copyright infringement
3 | claims against Defendant John Doe, also identified as ID #134085579 with IP address
4 | 136.152.133.133 2007-06-27 13:34:34 EDT, each party to bear its/his own fees and costs. The Clerk
5 | of Court is respectfully requested to close this case.

7 | Dated: March 6, 2008                    HOLME ROBERTS & OWEN LLP

9 | By: ____*/s/ Matthew Franklin Jaksa*_____
    MATTHEW FRANKLIN JAKSA
    Attorney for Plaintiffs
    UMG RECORDINGS, INC.; VIRGIN
    RECORDS AMERICA, INC.; SONY
    BMG MUSIC ENTERTAINMENT;
    LAFACE RECORDS LLC; and
    BMG MUSIC

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On March 6, 2008, I served the foregoing documents described as:

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Mark Lucia
> Campus Life and Leadership
> U.C. Berkeley
> 102 Sproul Hall
> Berkeley, CA 94720
> *Attorney for Defendant*

XX   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 6, 2008 at San Francisco, California.

_____
Della Grant