1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:   matt.jaksa@hro.com
5
   Attorneys for Plaintiffs,
6  UMG RECORDINGS, INC.; VIRGIN
   RECORDS AMERICA, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; LAFACE
8  RECORDS LLC; and BMG MUSIC

9

10                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
11                         SAN FRANCISCO DIVISION

12

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>          Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>          Defendant. | CASE NO. 3:07-CV-06030-MHP<br><br>**Honorable Marilyn H. Patel**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs UMG RECORDINGS, INC., et al., by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant John Doe, also identified as ID #134085579 with IP address 136.152.133.133 2007-06-27 13:34:34 EDT, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: March 6, 2008

HOLME ROBERTS & OWEN LLP

By: _____/s/ Matthew Franklin Jaksa_____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; and BMG MUSIC

3/7/2008



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-CV-06030-MHP
#36057 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On March 6, 2008, I served the foregoing documents described as:

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

>Mark Lucia
>Campus Life and Leadership
>U.C. Berkeley
>102 Sproul Hall
>Berkeley, CA 94720
>*Attorney for Defendant*

XX     BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 6, 2008 at San Francisco, California.

_Della Grant_
Della Grant

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-CV-06030-MHP
#36057 v1